IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>    Plaintiff,<br><br>    v.<br><br>A. ESPINOZA, et al.,<br><br>    Defendants. | No. 2:23-CV-1955-DAD-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion for a 60-day extension of time to file a first amended complaint. See ECF No. 12. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a temporary lack of access to his legal materials, Plaintiff's motion will be granted.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motion for an extension of time, ECF No. 12, is GRANTED.

2. Plaintiff may file a first amended complaint within 60 days of the date of this order.

Dated: February 7, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE