IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE MORGAN,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>A. ESPINOZA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:23-cv-01955-DAD-DMC-P<br><br>**ORDER** |

　　Having read and considered Defendants' first request for an extension of time, ECF No. 25, to file a responsive pleading to Plaintiff's First Amended Complaint, the declaration of Defendants' counsel supporting the request, and for good cause appearing, the application is **GRANTED**.

　　Defendants shall file and serve a responsive to Plaintiff's First Amended Complaint on or before September 2, 2024.

　　**IT IS SO ORDERED**.

　　Dated:  July 22, 2024

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1