IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MORGAN,**<br><br>                    Plaintiff,<br><br>         v.<br><br>**ESPINOZA, et al.,**<br><br>                    Defendants. | Case No. 2:23-cv-1955-DAD-DMC-P<br><br>**ORDER ON MOTION TO OPT OUT OF POST-SCREENING EARLY ADR** |

    Defendants moved to opt out of Post-Screening Early ADR.  The Court read and considered Defendants' Motion.  Good cause having been shown, the Court GRANTS said Motion.

    Accordingly, **IT IS SO ORDERED** that:

    1.    Defendants' Motion to Opt Out of Post-Screening Early ADR is GRANTED, and

    2.    The stay of this matter is hereby lifted. The Court will issue a scheduling order setting further litigation deadlines in this matter.

Dated:  November 6, 2025

                                          _____
                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE